**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

DANIEL DERRELE MABIN,

    Petitioner,

v.                                                       Case No. 10-12903

GREG McQUIGGIN,

    Respondent.
                                             /

**JUDGMENT**

In accordance with the court's "Opinion and Order Denying the Petition for Writ of Habeas Corpus, Granting in Part a Certificate of Appealability, and Granting Leave to Proceed *In Forma Pauperis* on Appeal" dated April 10, 2013,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent Greg McQuiggin.  Dated at Detroit, Michigan, this 10th day of April 2013.

                                                        DAVID J. WEAVER
                                                        CLERK OF THE COURT

                                                         s/ Lisa Wagner
                                            By:  Lisa Wagner, Case Manager
                                               to Judge Robert H. Cleland